# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK TRUST COMPANY, AMERICAS,

Appellant,

vs.

5379 CHAMPION, LLC,

Respondent.

No. 70479

**FILED**

MAY 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). Given this order, no action will be taken on appellant's notice of settlement and dismissal of appeal, filed on April 18, 2017.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Richard Scotti, District Judge
Eleissa C. Lavelle, Settlement Judge
Wolfe & Wyman LLP
Hafter Law
Eighth District Court Clerk

17-14613